**Order entered September 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01264-CV

### IN RE STEVEN EDMOND LOWE, Relator

**Original Proceeding from**
**Dallas County, Texas**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of mandamus and **DENY** his motion for bench warrant or in the alternative motion for hearing by conference call and his petition for expunction of records. We **ORDER** that relator bear the costs of this original proceeding.

/s/  KERRY P. FITZGERALD
     JUSTICE